**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE VARGAZ MENDOZA,<br>PLAINTIFF(S)<br>v.<br>MARKWAYNE MULLIN, et al.,<br>DEFENDANT(S). | CASE NUMBER<br>5:26-cv-06513-ACCV<br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Petitioner failed to comply with Local Rules 11-6.1 and 11-6.2. Petitioner filed a 75 page petition [Dkt. 4], far exceeding the 7,000 word limit under Local Rule 11-6.1. Petitioner may remedy this deficiency by filing a petition that complies with Local Rules 11-6.1 and 11-6.2. Petitioner's counsel has repeatedly violated these rules. Failure to follow these rules going forward may result in sanctions.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| FIRST AMENDED-VERIFIED PETITION (Docket No. 4) | 11/03/26 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

November 10, 2026
Date

United States ~~District Judge~~/Magistrate Judge